**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Phoenix,              ) | No. CV 07-110-PHX-JAT |
|                  Plaintiff,   ) | |
|                               ) | **ORDER** |
| vs.                           ) | |
|                               ) | |
| Leo A. Daly Company,          ) | |
|                  Defendant.   ) | |
|                               ) | |

Pending before the Court is a stipulation to extend time to answer until ten days after the Court rules on the pending partial motion to dismiss. There is a split among district courts as to whether efficiency is best served by requiring an answer immediately on the claims that are not subject to the partial motion to dismiss (*see Gerlach v. Michigan Bell Telephone Co.*, 448 F.Supp 1168, 1174 (E.D. Mich. 1978)), or permitting defendant an extension of time to answer all claims until after the Court rules on the partial motion to dismiss (*see Brocksopp Engineering v. Bach-Simpson Ltd.*, 136 F.R.D. 485, 486 (E.D. Wisc. 1991)). Comparing these cases, this Court found and continues to find that, because discovery will go forward in this case regardless of how the Court rules on the partial motion to dismiss, efficiency is best served by beginning the discovery process immediately. Based on this finding, the Court previously denied a motion to extend time to answer (Doc. #8).

Defendant moved for reconsideration via a stipulation to extend time to answer (Doc. #9). The Court continues to find that answering the count(s) that are not the subject of the

1  motion to dismiss is the most efficient way to proceed.  Nonetheless, the Court will grant this
2  extension at the parties' repeated request.  However, to ensure the prompt progress of this
3  case, the Court will move forward with the Rule 16 scheduling conference at this time.
4  Therefore,
5  **IT IS ORDERED** that the stipulation to extend time to answer until ten days after the
6  Court rules on the pending motion to dismiss (Doc. #9) is granted;
7  **IT IS FURTHER ORDERED** that the stipulation to extend time to respond to the
8  motion to dismiss (until February 12, 2007) (Doc. #10) is granted;
9  **IT IS FURTHER ORDERED** setting oral argument on the pending motion to
10 dismiss (Doc. #7) for April 2, 2007 at 11:00 a.m.;
11 **IT IS FURTHER ORDERED** that, to assist the court reporter, the parties shall
12 prepare and bring to oral argument a Table of Authorities, in alphabetical order, which
13 includes all of the authorities on which the parties will rely at oral argument; and
14 **IT IS FURTHER ORDERED** that the order setting Rule 16 conference will follow.
15 DATED this 12th day of February, 2007.

James A. Teilborg
United States District Judge